# EXHIBIT 2

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia VA. CODE § 16.1-79

General District Court

WARREN COUNTY
......................................................
CITY OR COUNTY

1 EAST MAIN STREET, FRONT ROYAL, VA 22630  540-635-2335
STREET ADDRESS OF COURT

CASE NO. V13-1035

COUNTY OF WARREN, VIRGINIA ON BEHALF
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
OF WANDA F. BRYANT, TREASURER

220 N COMMERCE AVENUE, SUITE 800

FRONT ROYAL, VA 22630  540-635-2215

v.

C S PROPERTY, INC
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

SERVE: MICHAEL HYUNKWEON RYU, REG AGENT

301 MAPLE AVE WEST, STE 620

VIENNA, VA 22180

## WARRANT IN DEBT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on June 19, 2013 at 9 am to answer the Plaintiff(s)' civil claim (see below)
DATE ISSUED 4/19/13
RETURN DATE AND TIME

[signatures] CLERK / DEPUTY CLERK / [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 12,876.22 net of any credits, with interest at 10.00 % from date of JUDGMENT until paid,
$ 0.00 costs and $ 0.00 attorney's fees with the basis of this claim being

DELINQUENT PERSONAL PROPERTY TAXES, BUSINESS LICENSE TAXES,
ADMINISTRATIVE FEES, PENALTIES AND INTEREST DUE TO COUNTY OF WARREN, VA

HOMESTEAD EXEMPTION WAIVED? [ ] YES [x] NO [ ] cannot be demanded

4/17/13 ............ [ ] PLAINTIFF [x] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT
DATE

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[x] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ............ ORDERED ............ DUE

Grounds of Defense ............ ORDERED ............ DUE

WARREN COUNTY GENERAL DISTRICT COURT
1 E. MAIN STREET
FRONT ROYAL, VA 22630
ATTORNEY FOR PLAINTIFF(S)

I, the undersigned Clerk of County, certify that the above named Court, pursuant to Va. Code § 8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court made in the performance of my official duties.

2/18/15 ............ [signature]
DATE  CLERK □ DEPUTY CLERK

## CASE DISPOSITION

JUDGMENT against [x] named Defendant(s) [ ]
for $ 12,876.22 net of any credits, with interest at 10.00 % from date 6-19-13 until paid, $ ............ attorney's fees
[ ] Open Account [ ] Contract [ ] Note [x] Other (EXPLAIN)
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT [ ] DISMISSED
[ ] JUDGMENT [ ] DISMISSED
HOMESTEAD EXEMPTION WAIVED? [ ] YES [x] NO
Defendant(s) Present? [ ] YES [x] NO

6/19/13 ............ [signature]
DATE  JUDGE

JUDGMENT PAID OR
SATISFIED
PURSUANT TO
ATTACHED NOTICE
OF
SATISFACTION.

............ ............
DATE CLERK

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

02971/3
HEARING AND
6-19
9AM

EXHIBIT 1

RECEIVED
2013 APR 23 AM 8:51
FAIRFAX COUNTY
SHERIFF

Contact the court ahead of time for ADA ACCOMMODATIONS for loss of hearing, vision, mobility, etc.

PLAINTIFF'S EXHIBIT 2

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

NAME CS PROPERTY INC

ADDRESS

[✓] PERSONAL SERVICE Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

Michael Ryu, R/A

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

A Combs/487/14
SERVING OFFICER

APR 25 2013
DATE 1113A for Stan Barry, Sheriff Fairfax County, Va.

NAME

ADDRESS

[ ] PERSONAL SERVICE Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

DATE for

NAME

ADDRESS

[ ] PERSONAL SERVICE Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

SERVING OFFICER

DATE for

I certify that I mailed a copy of this document to the defendants named therein at the address shown thereon

4-17-13
DATE

[ ] Plaintiff
[X] Plaintiff's Atty.
[ ] Plaintiff's Agent

2013 APR 23 PM 2:21
RECEIVED

Fi. Fa. issued on:

Interrogatories issued on:

Garnishment issued on

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.
2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.
3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-411, DC-428 (REVERSE) REVISED 07/04

VIRGINIA:

IN THE GENERAL DISTRICT COURT FOR THE COUNTY OF WARREN

County of Warren, Virginia
On behalf of Wanda F. Bryant, Treasurer
    Plaintiff

v.                      Case#: GV13 - 1035
                           Return Date: June 19, 2013 at 9:00 AM

C S Property Inc.
    Defendant

### AFFIDAVIT OF ACCOUNT

Commonwealth of Virginia
County of Warren, to-wit:

Wanda F. Bryant, after first being duly sworn, deposes and says as follows:

1. I, Wanda F. Bryant, am the elected Treasurer of Warren County, Virginia.

2. Among my duties are the collection of taxes due and owing to the County of Warren, the keeping of records and accounts of delinquent and unpaid taxes as well as paid taxes, and the enforcement of tax collection by legal means, including warrants-in-debt.

3. With regard to C S Property Inc, as of April 15, 2013, it is delinquent in the payment of personal property taxes, business license taxes, decal fees, administrative fees, penalties and interest for the year(s) 2008-2012 in the total sum of $12,876.22.

4. The attached page(s) represent a true and accurate description of the debt owed by type and amount of tax and fees.

5. No credits have been paid for such delinquent taxes, penalties and interest.

                                                 _Wanda F. Bryant_
                                                Wanda F. Bryant, Treasurer

Subscribed and sworn to before me, the undersigned Notary Public this 16 day of April, 2013 by Wanda F. Bryant, Treasurer.

                                                 _Paula J. Blamer_
                                               Notary Public

My commission expires: July 31, 2015; certificate number: 7109443

PAULA J. BLAMER
NOTARY PUBLIC 7109443
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 07/31/2015