# EXHIBIT 4

**AFFIDAVIT—DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia  VA. CODE § 8.01-15.2

Case No. .......................... GV13- ..........

June 19, 2013        9:00 am
RETURN DATE AND TIME

...... WARREN COUNTY ......
CITY OR COUNTY

[ ] Circuit Court    [x] General District Court
[ ] Juvenile and Domestic Relations District Court

...... COUNTY OF WARREN, VA/TREASURER ......  v./In re:  ...... MICHAEL HYUNKWEON RYU, REG AGENT ......

I, ...... DAN N. WHITTEN, ASSIST. COUNTY ATT. ......, the undersigned affiant, states the following under oath:
PRINT NAME

[ ] The defendant/respondent    [ ] is in military service.    [ ] is not in military service.

The following facts support the statement above:

[X] The affiant is unable to determine whether or not the defendant/respondent is in military service.

...... 4/16/13 ......
DATE

...... (signature) ......
AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

...................................
DATE

[ ] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE  [ ] JUDGE  [ ] INTAKE OFFICER

FOR NOTARY PUBLIC'S USE ONLY:
State of ...... Virginia ......     [ ] City [X] County of ...... Warren ......
Acknowledged, subscribed and sworn to before me this ...... 16 ...... day of ...... April ......, 20 ...13...

PAULA J. BLAMER
NOTARY PUBLIC 7109443
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 07/31/2015

...... Paula J Blamer ......
NOTARY PUBLIC
(My commission expires: ..................)

NOTARY REGISTRATION NUMBER

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522, the court may assess attorneys' fees and costs against any party, as the court deems appropriate, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment.

**FOR COURT USE ONLY:**
[ ] ORDER OF APPOINTMENT OF COUNSEL
I find that appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522 and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

NAME, ADDRESS
OF COURT
APPOINTED
LAWYER

...................................
NEXT HEARING DATE AND TIME

...................................
DATE

...................................
JUDGE

[ ] **STAY OF PROCEEDINGS**
I find that a stay of proceedings is required pursuant to 50 U.S.C. app. § 521 and, therefore, such a stay, for a minimum period of 90 days, is ordered until ..........................
NEXT HEARING DATE AND TIME

...................................
DATE

...................................
JUDGE

FORM DC-418 REVISED 11/07

PLAINTIFF'S EXHIBIT 4