# EXHIBIT 5

Va. Code §§ 8.01-506, 16.1-103

**WARREN COUNTY**
CITY OR COUNTY ........ General District Court

CASE NO. 006972
V13-1635-01

**SUMMONS TO ANSWER INTERROGATORIES AND WRIT OF FIERI FACIAS**

RETURN DATE APR 02 2014
HEARING ...

1 EAST MAIN STREET, FRONT ROYAL, VA 22630    540-635-2335
STREET ADDRESS OF COURT

TO ANY SERVING OFFICER: Serve this summons on the Respondent designated below before whom the Respondent is to appear.

TO THE RESPONDENT: A Writ of Fieri Facias was issued on a judgment in favor of Judgment Creditor(s) against Judgment Debtor(s) as indicated below, and the Writ of Fieri Facias constitutes a lien upon the personal estate(s) of the Judgment Debtor(s). At the Judgment Creditor(s) request, you are hereby commanded to appear on

APR 02 2014    9am
DATE           TIME

[X] this Court (or) [ ] _____ before _____ Court (or) _____ Commissioner in Chancery

[ ] To answer questions concerning property and assets of Judgment Debtor(s) which are held or controlled by the Respondent.

[ ] To Judge or Commissioner in Chancery: Forward these case papers to the issuing court upon completion of the interrogatory proceedings.

1-30-14    [signature]
DATE ISSUED    [ ] CLERK  [ ] JUDGE

RESPONDENT [*] SAME AS DEFENDANT

MICHAEL HYUNKWEON RYU, REG AGENT
301 MAPLE AVE WEST, STE 620
ADDRESS/LOCATION
VIENNA, VA 22180

IN CONNECTION WITH THE CASE OF:

COUNTY OF WARREN/TREASURER
PLAINTIFF(S)
220 N COMMERCE AVE, SUITE 800
FRONT ROYAL, VA 22630   540-636-6674

v.

C S PROPERTY INC
DEFENDANT(S)
301 MAPLE AVE WEST, STE 620
VIENNA, VA 22180

ATTORNEY FOR PLAINTIFF(S)
DAN N. WHITTEN, ASSISTANT CO ATTORNEY

Plaintiffs are Judgment: [x] Creditors [ ] Debtor(s)
Defendant(s) are Judgment: [ ] Creditors [x] Debtor(s)

REQUEST FOR SUMMONS TO ANSWER INTERROGATORIES

I request the issuance of a Summons to Answer Interrogatories in connection with the judgment [x] in this case [ ] of the _____ Court requiring the execution debtor to appear before the court named above, where the execution debtor resides or contiguous thereto. I have paid the required fees and have filed or docketed an Abstract of Judgment in this court. The details and status of such judgment are:

**WRIT OF FIERI FACIAS ISSUED**

| DATE WRIT OF FIERI FACIAS ISSUED | DATE OF JUDGMENT UPON WHICH | AMOUNT | CREDITS | COSTS | ATTY'S FEES |
|---|---|---|---|---|---|
| | June 19, 2013 | $ 12,876.22 | $ 0.00 | $ 0.00 | 0.00 |

LEGAL INTERESTS DUE ON JUDGMENT: RATES AND BEGINNING DATE(S)
10% INTEREST FROM DATE OF JUDGMENT    TOTAL BALANCE DUE  13,949.22

I certify that I have not proceeded against the Judgment Debtor(s) under § 8.01-506 within six (6) months from this day JAN 29 2014

[signature]
[ ] JUDGMENT CREDITOR  [*] JUDGMENT CREDITOR'S ATTORNEY

220 N. COMMERCE AVENUE, SUITE 100, FRONT ROYAL, VA 22630    540-636-6674
ADDRESS/TELEPHONE NUMBER OF [ ] JUDGMENT CREDITOR [*] JUDGMENT CREDITOR'S ATTORNEY

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to make the money herein mentioned, the principal, interest, costs and attorney's fees, less credits (itemized on the attached list), as shown above, out of the goods, chattels, money, bank notes and other personal property or intangible personal estate of the Judgment Debtor(s). You are further commanded to make your return to the Clerk's Office within 90 days of this date.

Homestead Exemption Waived? [ ] yes [X] no [ ] cannot be demanded

1-30-14    [signature]
DATE    CLERK

WARNING TO RESPONDENT: If you fail to appear in response to this summons, or if you fail to answer questions put to you at the hearing, or if you make answers deemed by the Court or Commissioner presiding to be evasive, YOU MAY BE SUBJECT TO ARREST AND IMPRISONMENT UNTIL SUCH TIME AS YOU SHALL MAKE PROPER ANSWERS.

EXHIBIT 2

PLAINTIFF'S EXHIBIT 5

To the Judgment Debtor: If you wish to have this hearing transferred to a city or county where it would be more convenient to you to appear than the city or county shown on the front of this summons and you "show good cause" (give a good reason) for the transfer, the court will move the hearing. To use this procedure, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to transfer this hearing because" and state the reasons for wanting to transfer, and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request with the clerk's office of the court named at the top of the front side of this summons before the hearing date (use the mail at your own risk). If the summons requires the hearing to be held at a different court or before a commissioner in chancery, also send or deliver a copy (marked "COPY") to that court or commissioner in chancery. Finally, also send or deliver a copy to the Judgment Creditor(s) as shown on the front of this summons.

3. You will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

JAN 2 9 2014
DATE
[✓] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY

Fi. Fa. issued on ........................

Interrogatories issued on ........................

Garnishment issued on ........................

FORM DC-___ PAGE TWO (OF TWO) 7/03 PDF

NOTE: Return of Writ of Fieri Facias to be used if no effects found — otherwise, use appropriate sections of DC-467, WRIT OF FIERI FACIAS.

[ ] NO EFFECTS FOUND

by ........................ , Deputy Sheriff

CAME TO HAND
DATE AND TIME
SHERIFF

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

NAME ........................
ADDRESS ........................

[ ] PERSONAL SERVICE    Tel. No. ........

[ ] Being unable to make personal service, a copy was delivered in the following manner.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found ........................

........................ for ........................
DATE                    SERVING OFFICER

NAME  SAME AS FRONT
ADDRESS

[ ] PERSONAL SERVICE    Tel. No. ........

[X] Being unable to make personal service, a copy was delivered in the following manner.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found

FEB 11 2014    for Stacey A. Kincaid, Sheriff
DATE                    Fairfax County, VA

WARREN COUNTY GENERAL DISTRICT COURT
MAIN STREET
FRONT ROYAL, VA 22630

The undersigned Clerk or Deputy Clerk of the above named Court, authenticate pursuant to Va. Code §8.01-391(D) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

2/18/15
DATE       [✓] CLERK   [ ] DEPUTY CLERK