# EXHIBIT 6

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
Commonwealth of Virginia

Case No. V13-1035

May 21, 2014 9am
HEARING DATE AND TIME

WARREN COUNTY ........................ General District Court

This motion is filed in connection with Case No. GV13-1035

COUNTY OF WARREN/TREASURER v. C S PROPERTY, INC

Party Making this Request: DAN N. WHITTEN, ASSISTANT COUNTY ATTORNEY
NAME

220 N COMMERCE AVE, STE 100
ADDRESS/LOCATION

FRONT ROYAL, VA 22630

540-636-6674

Party to be Served: MICHAEL HYUNKWEON RYU, REG AGENT
NAME

301 MAPLE AVE WEST, STE 620
ADDRESS/LOCATION

VIENNA, VA 22180

TELEPHONE NUMBER

**EXHIBIT 3A**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | M | MO. | DAY | YR. | FT | IN. | | | |
| SSN | | | | | | | | | |

The undersigned respectfully represents to the Court that the respondent should,

[ ] pursuant to Va. Code § 19.2-306, serve the sentence previously suspended on .................. for conviction of ..................
DATE
......................................... because ..................................

[ ] pursuant to Va. Code § 19.2-123, have his or her recognizance revoked or modified because of the following violation of conditions of release:
......................................

[ ] be imprisoned, fined or otherwise punished or dealt with according to law
  [ ] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [ ] this court [ ] ..................
  ordering ..................
  such act of the respondent being described as .................. on ..................
  DATE

  [ ] pursuant to Va. Code [ ] §§ 18.2-456/16.1-69.24   [ ] § 19.2-358   [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs, forfeitures, restitution and/or penalties or an installment thereof; payment due:
  $ .................. on ..................
  DATE

[ ] pursuant to [ ] § 18.2-271.1, have his or her VASAP participation revoked because [ ] § 46.2-395, have his or her driving privilege revoked because ..................

[ ] pursuant to § 19.2-303.3, have his or her local community-based probation revoked or modified because ..................

[ ] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: ..................
because ..................

[ ] pursuant to [ ] § 4.1-305   [ ] § 18.2-57.3   [ ] § 18.2-251   [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to the proceedings as provided by law because ..................

[x] (Other – Explain) CAPIAS FOR DEFENDANT FOR FAILURE TO APPEAR ON 04/02/2014 IN WARREN CO GENERAL DISTRICT COURT AFTER HAVING BEEN SUMMONSED TO ANSWER INTERROGATORIES

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion.

4/8/14
DATE

ASSIST COUNTY ATTORNEY
TITLE

SIGNATURE

FORM DC-420 REVISED 10/08

PLAINTIFF'S EXHIBIT 6