# EXHIBIT 7

# CAPIAS: ATTACHMENT OF THE BODY (CIVIL)
Commonwealth of Virginia

VA. CODE §§ 8.01-508, 8.01-519, 8.01-564, 8.01-565,
16.1-69.24, 16.1-278.16, 18.2-456, 19.2-358, 19.2-130.1

WARREN GENERAL DISTRICT COURT - CIVIL  [x] General District Court   [ ] Juvenile and Domestic Relations District Court

EAST MAIN STREET, FRONT ROYAL, VA 22630
CITY OR COUNTY            STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth forthwith to arrest the Respondent, and to produce the Respondent in this Court when found, or as soon thereafter as this Court may be in session, to show cause, if any, why Respondent should not, pursuant to

Va. Code § 8.01-508

[ ] have judgment in the amount of $ _____ be proved entered against the Respondent Garnishee _____ or other such amount as may

[x] be imprisoned until the Respondent complies with the Court's order or be fined for:
  [ ] failure to pay fines, costs, forfeiture, restitution and/or penalty or an installment thereof:
    payment due: $ _____ on _____
  [ ] failure to provide support as ordered on _____ DATE
  $ _____ per _____
  with $ _____ arrearage as of _____
  [x] failure to obey an order of [x] this court  [ ] _____ dated 01/30/2014
  ordering APPEARANCE ON 04-02-2014 AT 9AM.
[ ] (Other-explain) DEFENDANT FAILED TO APPEAR AFTER PERSONAL SERVICE

[ ] CONTINUED ON REVERSE

[ ] Pursuant to Va. Code § 19.2-130.1, the judge orders that the magistrate shall set the bail terms in accordance with the following, unless circumstances exist that require more restrictive terms:

SET COURT DATE FOR 05-21-2014 AT 9AM.

AND [ ] may [ ] may not set additional terms and conditions.
The following information is provided to the judicial officer in determining bail:

04/10/2014
DATE ISSUED

[X] CLERK  [ ] MAGISTRATE  [ ] JUDGE

DC-483X (FRONT) 07/11

---

**CASE NO.** GVI1300103502

**ARREST THIS RESPONDENT:**
RYU, MICHAEL HYUNKWEON/REG AGENT
LAST NAME, FIRST NAME, MIDDLE NAME

301 MAPLE AVE WEST STE 620
VIENNA, VA 22180

| RACE | SEX | COMPLETE DATA BELOW IF KNOWN | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | BORN | | | HT. | | WGT. | EYES | HAIR |
| | | MO. | DAY | YR. | FT. | IN. | | | |
| | | 00 | 00 | 00 | | | | | |

SSN __ : __ : __

**HEARING DATE AND TIME**
05/21/2014
09:00 AM

## CAPIAS: ATTACHMENT OF THE BODY (CIVIL)

In connection with the case of
[ ] Commonwealth of Virginia
[x] COUNTY OF WARREN/TREASURER

v./In re
MICHAEL HYUNKWEON RYU/C S PROPERTY INC
DEFENDANT(S)

UNDERLYING CASE NO. V13-1035-01
SUMMONS TO ANSWER INTERROGATORIES

EXECUTED by arresting the Respondent named above this day:

DATE AND TIME

_____, ARRESTING OFFICER

BADGE NO., AGENCY AND JURISDICTION

FOR : _____ SHERIFF

EXHIBIT 3B

PLAINTIFF'S EXHIBIT 7

6/4/14 9:30 AM

The Respondent was this day:
- ☐ tried in absence
- ☐ present

☐ PROSECUTING ATTORNEY PRESENT (NAME) _____

☐ DEFENDANT'S ATTORNEY PRESENT (NAME) _____
- ☐ NO ATTORNEY
- ☐ ATTORNEY WAIVED
- ☐ If convicted, no jail sentence will be imposed.
☐ Translator/Interpreter present: _____ NAME

The Respondent:
- ☐ denied guilt
- ☐ did not contest guilt
- ☐ admitted guilt

And was TRIED and FOUND by me:
- ☐ not guilty of contempt
- ☐ not guilty
- ☐ guilty of contempt
- ☐ guilty as charged
- ☐ See attached Order

In addition:
- ☐ that there is a support arrearage of $ _____
- ☐ that the garnishee should have withheld $ _____
- ☑ I ORDER the charge dismissed

6/4/14
DATE

_____
JUDGE

DC-483X REVERSE 10/13

I impose the following Disposition:
- ☐ Placed in custody until the respondent complies with the requirements of the court's order
- ☐ Placed in custody until the respondent complies with the requirements of the court's order for a maximum of _____
- ☐ Civil fine of $ _____ payable to _____
- ☐ Judgment against garnishee in favor of judgment creditor of $ _____
- ☐ Other: _____

☐ Bail on Appeal $ _____
☐ Remanded for CCRE Report

COSTS
120 CT. APPT. ATTY. $ _____
234 JAIL ADMISSION FEE $ _____

WARREN COUNTY GENERAL DISTRICT COURT
1 E. MAIN STREET
FRONT ROYAL, VA 22630

I, the undersigned Clerk or Deputy Clerk of the above named Court, authenticate pursuant to Va. Code §8.01-391 (C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

9/18/15
DATE

_____ ☑ CLERK   ☐ DEPUTY CLERK