# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

MICHAEL H. RYU,            )
                           )
    Plaintiff,             )
                           )
v.                         ) C.A. #1:15-cv-202 (CMH/JFA)
                           )
WANDA F. BRYANT, et al.,   )
                           )
    Defendant.             )

### Declaration Of Michael Hyunkweon Ryu

I, Michael H. Ryu, the plaintiff in this case, declare the following to be true upon penalty of perjury. This declaration is filed in conjunction with the memorandum filed herewith opposing defendants' motions to dismiss my lawsuit.

1. I am a lawyer licensed to practice law in the Commonwealth of Virginia. My law office is located at 301 Maple Avenue, #630, Vienna, Virginia 22180.

2. At all times relevant to the matters set forth in my complaint, I was the registered agent of a company known as CS Properties, Inc. ("CS"). I made it my business to inform the company's principal, Stacey Kim, in timely fashion, of any and all documents, process, notices or demands served upon me as the company's registered agent. I specifically recall discussing Warren's County's filing of its warrant in debt against the company and receiving direction to file for bankruptcy on behalf of the company, which I promptly did. I forwarded to Ms. Kim at her address every other document that I received arising out of the tax litigation against CS.



PLAINTIFF'S EXHIBIT 9

3. On May 20, 20114 I was arrested and handcuffed at my office in Vienna, Virginia on a *capias* that had been issued by the Warren General District Court in connection with the warrant in debt and summons to answer interrogatories against CS referenced above. I was arrested notwithstanding that I was not a defendant in that case, nor was I an officer, director or employee of the company.

4. I have never been an officer, director or employee of CS. For a brief period of time in 2013, I served as bankruptcy counsel for CS; otherwise, I have served in no other capacity than registered agent for that company. The records of the Virginia State Corporation Commission accurately show my status solely as registered agent for CS.

Dated: April 6, 2015

_____
Michael H. Ryu

Ryu/pleadings/RyuDec