UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| MICHAEL H. RYU, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. #1:15-cv-202 (CMH/JFA) |
| | ) |
| WANDA F. BRYANT, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR AID AND DIRECTION AND WAIVER OF HEARING

By reason of an unanticipated continuance in a hearing originally scheduled for June 5, 2015, the undersigned is scheduled to appear in the following matters on June 12, 2015:

* Motions for consolidation, for a stay, and to dismiss, in the related cases *Safar v. Costco,* #1:15–cv–469 and *Safar v. Tingle,* ##1:15–cv–467 (Judge Ellis);

* Motion to dismiss, *Ryu v. Bryant,* ##1:15-cv-202 (Judge Hilton); and

* Motion to dismiss, *Salim v. Dahlberg*, ##1:15-cv-468 (Judge Brinkema).

The undersigned has no problem addressing all these cases on the same day, but seeks guidance from the court as to the order in which he should appear on June 12.

Counsel is not setting this motion for a hearing and will await the court's direction.

Respectfully submitted,

MICHAEL H. RYU,

By counsel

Dated: May 27, 2015

Counsel for Plaintiff:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
RyuMichael\Pleadings\MAidDirection

Certificate of Service

    I, Victor M. Glasberg, hereby certify that on this 27th day of May 2015, I electronically filed the foregoing Motion for Aid and Direction and Waiver of Hearing with the clerk of the court.

                      //s// Victor M. Glasberg
                      Victor M. Glasberg, #16184
                      Victor M. Glasberg & Associates
                      121 S. Columbus Street
                      Alexandria, VA  22314
                      (703) 684-1100 / Fax: 703-684-1104
                      vmg@robinhoodesq.com

                      Counsel for Plaintiff