IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICHAEL H. RYU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-202 |
| ) | (TSE-TCB) |
| DANIEL N. WHITTEN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW the defendant, Daniel N. Whitten, by counsel, pursuant to Fed. R. Civ. P. 26(a)(1), and sets forth the following initial disclosures based on information and documents currently known and available at this time and defendant's discovery responses already produced to the plaintiff:

    **A.**    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

See defendant's written responses to plaintiff's interrogatories, specifically interrogatory no. 1.

    **B.**    **DOCUMENTS**

See defendant's written responses to plaintiff's request for production of documents and documents produced in response to the plaintiff's request for production.

    **C.**    **DAMAGES**

Not applicable to the defendant.

    **D.**    **INSURANCE COVERAGE**

Virginia Association of Counties, Self-insurance Risk Pool coverage, local government liability policy limits - $5,000,000.

Defendant's initial disclosures are based upon information and knowledge currently known and available to defendant at this time. Defendant reserves the right to supplement these disclosures if and as additional information or documents become known or available.

**DANIEL N. WHITTEN**

By Counsel

_____/s/_____
Julia B. Judkins
Virginia State Bar No. 22597
Heather K. Bardot
Virginia State Bar No. 37269
Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2015, I electronically filed the foregoing Defendant's Rule 26(a)(1) Initial Disclosures with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Victor M. Glasberg, VSB# 16184
> Victor M. Glasberg & Associates
> 121 S. Columbus Street
> Alexandria, VA 22314
> (703) 684-1000 (telephone)
> (703) 684-1104 (facsimile)
> vmg@robinhoodesq.com
>  *Counsel for Plaintiff*

/s/
Julia B. Judkins
VSB No. 22597
Heather K. Bardot
VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS
3920 University Drive
Fairfax, Virginia 22030
Telephone:    (703) 385-1000
Facsimile:    (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendant*