UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MICHAEL H. RYU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. #1:15-cv-202 (CMH/JFA) |
| | ) |
| DANIEL N. WHITTEN, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S PROPOSED TRIAL EXHIBITS

Plaintiff Michael Ryu expects to present exhibits 1-21 at trial. Whether he proffers exhibits 22-34 at trial will depend on the course of the evidence and the court's rulings. Exhibits 22-34 are not being offered into evidence at this time.

|  |  | Depo. Exh. # |
|---|---|---|
| 1. | *Code of Va*. §§8.01-506 and 13.1-634 | |
| 2. | Letter, Whitten to CS Property and delinquency notice | PX 6 & 7 |
| 3.(a) | S.C.C. corporate data on CS Property | PX 8 |
| 3.(b) | S.C.C. data on CS corporate officers & directors | PX 8 |
| 3.(c) | S.C.C. data on CS registered agent | PX 8 |
| 4. | Warrant in debt | PX 9 |
| 5. | Affidavit of account | PX 9 |
| 6. | Military service affidavit | PX 9 |
| 7. | Order of designation | DX 42 |
| 8. | Summons to answer interrogatories (Ryu) | PX 14 |

| | | |
|---|---|---|
| 9. | Motion for *capias* | PX 15 |
| 10. | *Capias* as issued | PX 16 |
| 11. | Booking documentation | |
| 12. | Police on-line record | |
| 13. | *Capias* as dismissed | PX 19 |
| 14. | Court on-line criminal record | PX 18 |
| 15. | Notes dated May 20, 2014 | PX 17 |
| 16. | Summons to answer interrogatories (Kim) | PX 20 |
| 17. | S.C.C. data sheet on registered agents | PX 23 |
| 18. | On line information about Virginia registered agents | PX 24 |
| 19. | Service authorization, CT Corporation | PX 25 |
| 20. | Application form, Pennsylvania State Bar | |
| 21. | Sara Ryu email | |
| 22. | Interrogatory answers of Daniel Whitten (excerpts) | PX 2 |
| 23. | Amended admissions of Daniel Whitten (excerpts) | PX 3 |
| 24. | Paralegal job description | PX 5 |
| 25. | Paula Blamer outline of responsibilities | PX 26 |
| 26. | Docket, bankruptcy of CS Property, Inc. | PX 22 |
| 27. | Bankruptcy petition | PX 10 |
| 28. | Bankruptcy claims register | |
| 29. | Notice of creditors' meeting | PX 11 |
| 30. | Motion of DLA Piper and cover letter | PX 12 |
| 31. | Warren County proof of claim | PX 13 |

32. Order of dismissal                                                                                  DX 38

33. Agreement, county attorney and county treasurer

34. Fax confirmation notice

Any additional exhibit identified by defendant and not objected to by Mr. Ryu.

                                      Respectfully submitted,

                                      MICHAEL H. RYU,

                                      By counsel

Dated:   December 16, 2015

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
RyuMichael\Pleadings\PlfTrialExhibits

<u>Certificate of Service</u>

    I, Victor M. Glasberg, hereby certify that a true and accurate copy of Plaintiff's Proposed Trial Exhibits was filed on this 16th day of December 2015 with the clerk of the court:

                                      //s// Victor M. Glasberg
                                      Victor M. Glasberg, #16184
                                      Victor M. Glasberg & Associates
                                      121 S. Columbus Street
                                      Alexandria, VA  22314
                                      (703) 684-1100 / Fax: 703-684-1104
                                      vmg@robinhoodesq.com

                                      Counsel for Plaintiff