UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MICHAEL H. RYU, | ) |
| Plaintiff, | ) ) |
| v. | ) C.A. #1:15-cv-202 (CMH/JFA) |
| DANIEL N. WHITTEN, | ) ) |
| Defendant. | ) ) |

PLAINTIFF'S ANTICIPATED TRIAL WITNESSES

Plaintiff Michael Ryu Expects to Call The Following Witnesses

Paula Blamer

Michael Ryu

Daniel Whitten

Mr. Ryu May Call The Following Witnesses

Custodian of records, CT Corporation (only if needed to authenticate Pl.Exh. 19)

Custodian of records, Pennsylvania State Bar (only if needed to authenticate Pl.Exh. 20)

Charles Kim

Stacey Kim

Hyo (Joe) Lee

Blair Mitchell

Kevin O'Donnell

Jong Ho Park

Sara Ryu

Nicole Shoemaker (or other custodian of Warren Co. Gen't Dist. Ct. records), only if needed to authenticate Warren County court records included as plaintiff's exhibits

Seng Chal (James) Seu

Erica Yoon

Any additional witness named by defendant and not objected to by Mr. Ryu.

Respectfully submitted,

MICHAEL H. RYU,

By counsel

Dated: December 16, 2015

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
RyuMichael\Pleadings\PlfTrialWitnesses

Certificate of Service

I, Victor M. Glasberg, hereby certify that a true and accurate copy of Plaintiff's Anticipated Trial Witnesses was filed on this 16th day of December 2015, with the clerk of the court:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for Plaintiff