UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MICHAEL H. RYU, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) C.A. #1:15-cv-202 (CMH/JFA) |
| | ) |
| | ) |
| DANIEL N. WHITTEN, | ) |
| | ) |
|     Defendant. | ) |

## MOTION *IN LIMINE* TO BAR EXPERT WITNESS

Plaintiff Michael Ryu, by counsel, hereby moves this court for an order *in limine* to bar defendant Daniel Whitten's bankruptcy expert Richard Golden from testifying at trial, thereby introducing irrelevant and inadmissible material into the trial of this case and easily lengthening trial time by more than 100%. In support of this motion, Mr. Ryu submits the memorandum filed herewith.

                                                                                        Respectfully submitted,

                                                                                        MICHAEL H. RYU,
                                                                                          By counsel

Dated:   January 12, 2016

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
RyuMichael\Pleadings\PlfMInLimBarExpert

Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 12th day of January 2016, I electronically filed the foregoing Motion *In Limine* to Bar Expert Witness with the clerk of the court.

                      //s// Victor M. Glasberg
                      Victor M. Glasberg, #16184
                      Victor M. Glasberg & Associates
                      121 S. Columbus Street
                      Alexandria, VA  22314
                      (703) 684-1100 / Fax: 703-684-1104
                      vmg@robinhoodesq.com

                      Counsel for Plaintiff