UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MICHAEL H. RYU, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) C.A. #1:15-cv-202 (CMH/JFA) |
| | ) |
| DANIEL N. WHITTEN, | ) |
| | ) |
|     Defendant. | ) |

NOTICE OF APPEAL

Please take notice that plaintiff Michael H. Ryu appeals to the United States Court of Appeals for the Fourth Circuit from the February 19, 2016 order of this court stating the court's "opinion that summary judgment should be granted for Defendant and denied for Plaintiff" and removing this case from the docket [ECF #124].  This notice is being filed within 30 days of the appealed-from order in an abundance of caution, notwithstanding that neither a memorandum opinion setting forth the reasons for the order, nor a judgment, has been filed in the case.  *See* Fed.R.App.Pro. 4(a)(2).

    Respectfully submitted,

    MICHAEL H. RYU,

    By counsel

Dated: March 9, 2016

Counsel for Plaintiff:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
RyuMichael\Pleadings\NAppeal

## Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 9th day of March 2016, I electronically filed the foregoing Notice of Appeal with the clerk of the court.

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for Plaintiff