# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 03/09/16 | District: EDVA | District Case No.: 1:15-cv-00202 |
|---|---|---|
| ✓ First NOA in Case | Division: Alexandria | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | Caption: Ryu v. Bryant et al | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement-Criminal Case:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-Criminal Case:**

**Fee Status:**
___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:** Judge Claude M. Hilton

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter (list all):**
Tracy Westfall
FTR

**Sealed Status (check all that apply):**
___ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Coordinator:**

**Record Status for Pro Se Appeals (check any applicable):**
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals (check any applicable):**
___ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✓ In-court hearings held – all transcript not on file
___ Other:

**Deputy Clerk:** Kimberly Grady   **Phone:** (703)299-3328   **Date:** 03/10/16

01/2012