IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

MICHAEL H. RYU,

    Plaintiff,

v.     Civil Action No. 1:15-cv-00202

DANIEL N. WHITTEN,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment and Plaintiff's Partial Motion for Summary Judgment. In accordance with the accompanying memorandum, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Partial Motion for Summary Judgment is DENIED, and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 4, 2016

1