FILED: April 6, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1421
(1:15-cv-00202-CMH-JFA)
_____

MICHAEL H. RYU

    Plaintiff - Appellant

v.

DANIEL N. WHITTEN

    Defendant - Appellee

and

WANDA F. BRYANT; WARREN COUNTY, VIRGINIA

    Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                  /s/ PATRICIA S. CONNOR, CLERK