# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

|  |  |
|---|---|
| MICHAEL H. RYU, | ) |
| Plaintiff-Appellant, | ) |
| v. | ) Civil Action No. 1:15-cv-00202 |
| DANIEL N. WHITTEN, | ) |
| Defendant-Appellee, | ) |
| and | ) |
| WANDA F. BRYANT; WARREN COUNTY, VIRGINIA | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit.

The Fourth Circuit affirmed this Court's decision to grant summary judgment to Defendant on all of Plaintiff's federal law claims and found that no reason exists to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, it is hereby

ORDERED that Plaintiff's state law claims are dismissed without prejudice.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 5, 2017