UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1421
(1:15-cv-00202-CMH-JFA)
_____

MICHAEL H. RYU

       Plaintiff - Appellant

v.

DANIEL N. WHITTEN

       Defendant - Appellee

and

WANDA F. BRYANT; WARREN COUNTY, VIRGINIA

       Defendants

_____

M A N D A T E
_____

The judgment of this court, entered April 6, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*